# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER O. BERRY,<br><br>Defendant. | Case No.  1:14-mj-00186-SKO<br>New Case No.  1:14-mj-00186-SAB<br><br>ORDER REASSIGNING ACTION FROM MAGISTRATE JUDGE SHEILA K. OBERTO TO MAGISTRATE JUDGE STANLEY A. BOONE |

IT IS HEREBY ORDERED that this action shall be reassigned from the docket of Magistrate Judge Sheila K. Oberto to the docket of Magistrate Judge Stanley A. Boone. All future pleadings and correspondence shall hereinafter be correctly numbered as follows:

1:14-mj-00186-SAB.

Use of an incorrect case number, including initials, may result in documents being misdirected and/or incorrectly calendared by the appropriate judicial officer.

IT IS SO ORDERED.

Dated:   **December 10, 2014**              **/s/ Sheila K. Oberto**
                                                                UNITED STATES MAGISTRATE JUDGE