# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | Case No. 1:14-mj-00186 SAB |
| )  | |
| Plaintiff,       ) | **DEFENDANT'S STATUS REPORT ON** |
| v.                                                  ) | **UNSUPERVISED PROBATION** |
| )  | |
| ALEXANDER O. BERRY,          ) | |
| )  | |
| Defendant.       ) | |
| )  | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

    **Convicted of:**    **Probation Revocation on Violations of Unsupervised Probation**

    **Sentence Date:**    October 20, 2015

    **Review Hearing Date:**    April 7, 2016

    **Probation Expires On:**    December 19, 2016

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒     **Obey all federal, state and local laws**; and

☒     **Monetary Fines & Penalties in Total Amount of:** $460.00

☒     Payment schedule: $50 per month

☒     Community Service hours Imposed of:  10 Hours

☒     Other Conditions: 1 week custody, suspended for the period of probation, imposed if violation of conditions of probation

### *COMPLIANCE:*

☐     Defendant has complied with and completed <u>all</u> conditions of probation described above.

       **Otherwise:**

☒     Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☒     To date, Defendant has paid a total of $ 239.00
       ☒ If not paid in full when was last time payment:    Date: 3/3/16
                                                                                     Amount: 149.00

☒     To date, Defendant has completed the 10 hours of community service.

☒     Compliance with Other Conditions of Probation: Defendant has provided a copy of his financial documents to the court via separate email.

**GOVERNMENT POSITION:**

☒    The Government agrees to the above-described compliance.

☐    The Government disagrees with the following area(s) of compliance:


Government Attorney: */s/ Katherine A. Plante*

**DEFENDANT'S REQUEST (OPTIONAL):**

In light of the information detailed in this status report, the defendant moves for the following:

☒    that the review hearing set for 4/7/2016 at 10:00 a.m.

  ☒    be continued to December 8, 2016 at 10:00 a.m.

  ☐    be vacated.

☒    In the event that the hearing is not continued, that Defendant's appearance for the review hearing be waived.

DATED:  3/24/2016                                              */s/ Megan Hopkins*
                                                                          DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒    GRANTED.  The Court orders that the Review Hearing set for April 7, 2016 at 10:00 a.m. be continued to October 6, 2016 at 10:00 a.m.

☐    DENIED.

IT IS SO ORDERED.

Dated:   **March 30, 2016**

UNITED STATES MAGISTRATE JUDGE